IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CAREY FAUST,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:04-CV-410 (WDO) |
| **SHERIFF BILL MASSEE, et al.,** | : | |
| **Defendants** | : | |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to grant the Defendants' motion for summary judgment based on the Plaintiff's failure to show a deliberate indifference to his medical needs. Having carefully considered the Recommendation and the objections thereto, the Recommendation is ADOPTED and made the order of the Court. The Court adopts the Recommendation with the correction noted and requested by the Defendants and the Magistrate Judge regarding the fact that Plaintiff Faust was NOT prescribed a lift bar or special toilet chair from a previous place of incarceration. Defendants' motion for summary judgment is GRANTED and this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 17th day of August, 2005.

WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE